UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

        v.

                                              Case No.  10-cr-34-01-02-SM

Stephen Waterman and
Donna Tyler Monroe,
        Defendants

O R D E R

Defendant Waterman and Monroe's  motions to continue the final pretrial conference and trial are granted  (document nos. 20 and 21).  Trial has been rescheduled for the month of July 2010.  Defendants Waterman and Monroe shall file a waivers of speedy trial rights not later than May 17 and May 20, 2010, respectively.  On the filing of such waivers,  their continuances shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for July 9, 2010 at 1:30 p.m.

Jury selection will take place on July 20, 2010 at 9:30 a.m.

SO ORDERED.

                                                  Steven J. McAuliffe
                                                     Chief Judge

May 17, 2010

cc: Jessica C. Brown, Esq.
      Kevin E. Sharkey, Esq.
      Donald A. Feith, AUSA
      U.S. Marshal
      U.S. Probation