UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.            Case No. 10-cr-34-02 SM

Donna Tyler Monroe

O R D E R

  The defendant, through counsel, has moved to continue the trial scheduled for July 20, 2010 for a period of 60 days, citing the need for additional time to prepare for trial.  Co-defendant Stephen Waterman does not object, nor does the government object to a continuance of the trial date.

  Accordingly, for the above reasons, the court will continue the trial from July 20, 2010 to September 21, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  The defendant shall file a waiver a speedy not later than July 16, 2010.

Final Pretrial Conference:    September 10, 2010 at 11:30 AM

Jury Selection:    September 21, 2010 at 9:30 AM

SO ORDERED.

July 8, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal